NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM F. KAETZ,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1812

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00201-MMS, Senior Judge Margaret M. Sweeney.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules,

IT IS ORDERED THAT:

(1) The notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                                  KAETZ v. US

(2) All pending motions are denied as moot.

FOR THE COURT

July 22, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** July 22, 2022